**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* ________ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Suay Inc.** | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA SUAY; Suay Sew Shop** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-2678759** | |
| 4. | **Debtor's address** | **Principal place of business**<br>**3124 W Sunset Blvd**<br>**Los Angeles, CA 90026**<br>Number, Street, City, State & ZIP Code<br>**Los Angeles**<br>County | **Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br>**Location of principal assets, if different from principal place of business**<br>**2459 E 58th St Los Angeles, CA 90058**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.suayla.com** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor **Suay Inc.** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

Debtor **Suay Inc.** Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ______
Contact name ______
Phone ______

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Suay Inc.**
Name

Case number (*if known*)

[redacted] **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 30, 2026**
MM / DD / YYYY

*X* ______________________________ **Heather N Pavlu**
Signature of authorized representative of debtor — Printed name

Title **CFO**

---

**18. Signature of attorney**

*X* ______________________________ Date **September 30, 2026**
Signature of attorney for debtor — MM / DD / YYYY

**Summer Shaw, Esq.**
Printed name

**SHAW & HANOVER, PC**
Firm name

**44-901 Village Court, Suite B**
**Palm Desert, CA 92260**
Number, Street, City, State & ZIP Code

Contact phone **(760) 610-0000** Email address **ss@shaw.law**

**283598 CA**
Bar number and State

**United States Bankruptcy Court**
**Central District of California**

In re Suay, Inc. Debtor(s)

Case No.
Chapter 11 (Subchapter V)

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Heather N Pavlu**, declare under penalty of perjury that I am the **CFO** of **Suay, Inc.** ("Corporation"), and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 4th of February, 2026.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code and elect Subchapter V;

Be It Therefore Resolved, that of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation and elect Subchapter V; and

Be It Further Resolved, that **Heather N Pavlu, the CFO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Heather N Pavlu, the CFO** of this Corporation is authorized and directed to continue employment of **Summer Shaw, Esq.**, attorney of the law firm of **SHAW & HANOVER, PC** to represent the corporation in such bankruptcy case as general counsel."

Date 09/30/2026

Signed

**Heather N Pavlu, the CFO of**
**Suay, Inc., a California corporation**

# United States Bankruptcy Court
## Central District of California

In re **Suay Inc.** Debtor(s)

Case No.
Chapter **11 (Subchapter V)**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Heather Pavlu**<br>**4789 Templeton St**<br>**Los Angeles, CA 90032** | | **33%** | |
| **Lindsay Meddoff**<br>**2654 Carleton Ave**<br>**Los Angeles, CA 90065** | | **67%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CFO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **September 30, 2026**

Signature [signature]
**Heather N Pavlu, CFO**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**Fill in this information to identify the case:**

Debtor name **Suay Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) ______________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ______________
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 30, 2026** *X* [signature]
Signature of individual signing on behalf of debtor

**Heather N Pavlu**
Printed name

**CFO**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Suay Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Abedian & Totalian dba A&T Advisors C/O Leviton Law Firm, Ltd. One Pierce Place, Ste 725W Itasca, IL 60143** | | **Vendor** | | | | **$37,257.79** |
| **American Express National Bank*** Attn: Agent for Service of Process 115 W. Towne Ridge Parkway Sandy, UT 84070** | | **Misc Charges** | | | | **$22,108.75** |
| **California Department of Tax and* Fee Administration Special Ops, MIC:55 PO Box 942879 Sacramento, CA 94279-0055** | | **Sale and Use Taxes** | | | | **$14,400.33** |
| **Creditors Adjustment Bureau (CAB) Assignee of State Compensation Ins 4340 Fulton Ave, 3rd Floor File No 0006154111 Sherman Oaks, CA 91423** | | **Insurance** | | | | **$12,864.26** |

Debtor **Suay Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Dufour Properties LP, a Conn LP C/O Patrick J McGrath Cicchetti Tansley & McGrath, LLP 500 Chase Parkway Waterbury, CT 06708** | | **Loan** | | | | **$53,528.05** |
| **EKSD Inc. 1960 139th Street Gardena, CA 90249** | | **Vendor** | | | | **$57,634.75** |
| **Employment Development Department** Bankruptcy Group MIC 92E PO Box 826880 Sacramento, CA 94280-0001** | | **Payroll taxes** | | | | **$23,550.63** |
| **Everon, LLC Attn: Officer Dir or Managing Agent 2705 Media Center Drive Los Angeles, CA 90065** | | **Vendor-equipment was faulty** | **Disputed** | | | **$74,971.00** |
| **Final Finish 10910 Norwalk Blvd Santa Fe Springs, CA 90670** | | **Critical Vendor** | | | | **$17,988.75** |
| **Internal Revenue Service* Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101-7346** | | **Payroll Taxes** | | | | **$608,613.00** |
| **James Wallace PO Box 226 Littlefield, AZ 86432** | | **Loan** | | | | **$215,520.96** |
| **LA Compost Soil People 4700 Griffin Ave Los Angeles, CA 90031** | | **Loan** | | | | **$40,000.00** |
| **Olivia Hauser 3823 Boyce Ave Los Angeles, CA 90039** | | **Loan** | | | | **$325,000.00** |

Debtor **Suay Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **REDF Impact Investing Fund, a CA Co 150 Sutter Street, #267 San Francisco, CA 94104** | | **All of Debtor's assets subject to UCC-1 & Subordination Agreement with SBA** | | **$600,778.62** | **$133,160.00** | **$467,618.62** |
| **Shopify, Inc. 100 Shockoe Slip 2nd Floor Richmond, VA 23219** | | **Credit** | **Disputed** | | | **$67,132.39** |
| **Shopify, Inc. 100 Shockoe Slip 2nd Floor Richmond, VA 23219** | | **Capital Loan** | **Disputed** | | | **$31,623.64** |
| **Square Financial Services, Inc.** aka Block, Inc. 3165 E Millrock Drive Attn: Agent for Service of Process Salt Lake City, UT 84121** | | **Loan** | | | | **$13,761.00** |
| **State Of California Department of Industrial Relations Labor Commissioner's Office 320 W 4th St, Ste 450 Los Angeles, CA 90013** | | **Fine** | **Disputed** | | | **$22,176.00** |
| **Trueventures.org, LLC by True Venture Management, LLC, Attn: James G Stewart, COO 575 High Street, Ste. 400 Palo Alto, CA 94301** | | **Loan** | | | | **$200,000.00** |
| **US Small Business Administration COVID EIDL Servicing Center 14925 Kingsport Rd Fort Worth, TX 76155-2240** | | **All of Debtor's assets subject to UCC-1** | | **$142,374.00** | **$125,000.00** | **$142,374.00** |

# STATEMENT OF RELATED CASES
# INFORMATION REQUIRED BY LBR 1015-2
# UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Los Angeles** , California.

Date: **September 30, 2026**

**Heather N Pavlu**
Signature of Debtor 1

Signature of Debtor 2

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
**Summer Shaw, Esq.**
**44-901 Village Court, Suite B**
**Palm Desert, CA 92260**
**(760) 610-0000 Fax: (760) 687-2800**
California State Bar Number: **283598 CA**
**ss@shaw.law**

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

**Suay Inc.**

Debtor(s).

CASE NO.:

CHAPTER: **11**

## VERIFICATION OF MASTER MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __10__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **September 30, 2026**

Signature of Debtor, **Heather N Pavlu, CFO**

Date: ____________________

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: ____________________

Signature of Attorney for Debtor (if applicable)

Suay Inc.
3124 W Sunset Blvd
Los Angeles, CA 90026

Summer Shaw, Esq.
SHAW & HANOVER, PC
44-901 Village Court, Suite B
Palm Desert, CA 92260

905 Mateo, LLC, a Delaware LLC
by Heartland Investments, Inc.,
a CA Corp/Attn Lisa Field, CEO

Abedian & Totalian dba A&T Advisors
C/O Leviton Law Firm, Ltd.
One Pierce Place, Ste 725W
Itasca, IL 60143

ADT Commercial LLC dba Everon
2705 Media Center Drive
Los Angeles, CA 90065

Allen Bryant
C/O Mills Sadat Dowlat, LLP
333 South Hope Street, 40th Floor
Los Angeles, CA 90071

American Express National Bank***
Attn: Agent for Service of Process
115 W. Towne Ridge Parkway
Sandy, UT 84070

American Express National Bank***
Attn: Officer, Director or
Managing Agent
115 W. Towne Ridge Parkway
Sandy, UT 84070

Armando Gonzales
2459 E 58th Street
Los Angeles, CA 90058

Attorney General of the US***
US Attorney's Office
Central District of California
300 N. Los Angeles St., Suite 7516
Los Angeles, CA 90012

Attorney General's Office***
United States Department of Justice
Ben Franklin Station
PO Box 683
Washington, DC 20044

Beach Creative Studios, LLC
8001 Nadeau St
Los Angeles, CA 90001

Beach Creative Studios, LLC
2746 Vail Ave.
Commerce, CA 90040

biBerk
PO Box 113247
Stamford, CT 06911

Bridgecrest
7465 E Hampton Ave
Mesa, AZ 85209

Caine & Weiner
5805 Sepulveda Blvd
4th Floor
Van Nuys, CA 91411

California Department of Tax and*
Fee Administration
Special Ops, MIC:55
PO Box 942879
Sacramento, CA 94279-0055

Capital One Bank (USA), N.A.**
Attn: Agent for Service of Process
1680 Capital One Dr
Mc Lean, VA 22101

Captial One
PO Box 60519
City of Industry, CA 91716-0519

Creditors Adjustment Bureau (CAB)
Assignee of State Compensation Ins
4340 Fulton Ave, 3rd Floor
File No 0006154111
Sherman Oaks, CA 91423

Deandria Martinelli
4405 Expostion Boulevard
Los Angeles, CA 90016

Dufour Properties LP, a Conn LP
C/O Patrick J McGrath
Cicchetti Tansley & McGrath, LLP
500 Chase Parkway
Waterbury, CT 06708

EKSD Inc.
1960 139th Street
Gardena, CA 90249

Employment Development Department**
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Everon
C/O Pucin and Friedland
935 National Parkway, Ste 40
Schaumburg, IL 60173

Everon, LLC
Attn: Officer Dir or Managing Agent
2705 Media Center Drive
Los Angeles, CA 90065

Everon, LLC
C/O Caine & Weiner
5805 Sepulveda Blvd, 4th Floor
Ref#40211161
Sherman Oaks, CA 91411

Everon, LLC
C/O The Hettena Law Firm
31348 Via Colinas #106
Ref#14010884
Thousand Oaks, CA 91362

Felix Gonzales
1337 Gabriel Garcia Marquez St #H
Los Angeles, CA 90033

Final Finish
10910 Norwalk Blvd
Santa Fe Springs, CA 90670

Franchise Tax Board*
Bankruptcy Section, MS: A340
PO Box 2952
Sacramento, CA 95812-2952

Gabriel Gomez
3755 Maple Ave
Los Angeles, CA 90011

Gerber Technology, LLC
C/O Commercial Collection Consultan
16830 Ventura Blvd, Ste 236
Encino, CA 91436

Heartland Investments, Inc
433 N. Camden Drive
Suite 820
Beverly Hills, CA 90210

Heather N Pavlu
4789 Templeton St
Los Angeles, CA 90032-2148

Heather Pavlu
4789 Templeton St
Los Angeles, CA 90032

Internal Revenue Service*
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Isaac Kinsey
115 N Benton Way
Los Angeles, CA 90026

James Wallace
PO Box 226
Littlefield, AZ 86432

Javier de Jesus Garcia
1302 S Campbell Ave
Alhambra, CA 91803-2328

Joanne E Lee
2333 Skyline Dr
Brea, CA 92821

Julian David
1540 Industrial st apt 585
Los Angeles, CA 90021

Julio Bernal
8438 Garden View Ave Apt B
South Gate, CA 90280

Koshtex, Inc.
526 Crocker St
Los Angeles, CA 90013

LA Compost Soil People
4700 Griffin Ave
Los Angeles, CA 90031

Liggett Melzer & Joshi CPAs PC
307 7th Ave, Ste. 1407
New York, NY 10001

Linda Medoff
11046 West 97th Circle
Overland Park, KS 66214

Lindsay Meddoff
2654 Carleton Ave
Los Angeles, CA 90065

Lindsay R Medoff
1431 McCollum St
Los Angeles, CA 90026

Lorena Vazquez
1255 1/4 W Sunset Blvd
Los Angeles, CA 90026

Los Angeles Department of Water &
Power
PO Box 30808
Los Angeles, CA 90030-0808

Maritza Avalos
3012 Grand Ave
Huntington Park, CA 90255

Maynor Calel Guox
535 S Normandie Ave #210
Los Angeles, CA 90020

McKinley Equipment Corporation
C/O Morgan Cohen & Bach LLC
7225 N Mona Lisa Rd, Ste 200
File: 2025-MKEC-0887
Tucson, AZ 85741

Miguel M Gutierrez
8460 San Gabriel Ave
South Gate, CA 90280

Nasa Services, Inc.
PO Box 1799
Montebello, CA 90640

Nasa Services, Inc.
PO Box 1755
Montebello, CA 90640

Olivia Hauser
3823 Boyce Ave
Los Angeles, CA 90039

Patricia Garcia
2515 Sichel St
Los Angeles, CA 90031

Paulino Garcia
3501 Ramboz Dr
Los Angeles, CA 90063

Pedro Miranda
1431 E 59th St
Los Angeles, CA 90001

Rebecca Thompson
4528 Frederick Ave
Glendale, CA 91214

REDF Impact Investing Fund
785 Market St
Suite 1200
San Francisco, CA 94103

REDF Impact Investing Fund, a CA Co
150 Sutter Street, #267
San Francisco, CA 94104

Renegade Running
Attn: Victor Diaz
aka 3100 West Sunset Blvd, LLC
3100 West Sunset Blvd
Los Angeles, CA 90026

Renegade Running
Attn: Victor Diaz
LEASE DOES NOT LIST LANDLORD'S
ADDRESS???

Roshan Family, LP
C/O Figure 8 Realty, Nick Fichera
4757 Melrose Ave
Los Angeles, CA 90029

Roshan Family, LP
812 Mateo Street
Los Angeles, CA 90021

Sheny K Gramajo Gonzales
722 N Van Ness Ave
Los Angeles, CA 90038

Shopify, Inc.
100 Shockoe Slip
2nd Floor
Richmond, VA 23219

Shopify, Inc.
151 O'Connor St.
Ground Floor
Ottawa, ON K2) 2LB
CANADA

Silvia Acevedo
1214 3/4 E 59th Pl
Los Angeles, CA 90001

Square Financial Services, Inc.**
aka Block, Inc.
3165 E Millrock Drive
Attn: Agent for Service of Process
Salt Lake City, UT 84121

State Of California
Department of Industrial Relations
Labor Commissioner's Office
320 W 4th St, Ste 450
Los Angeles, CA 90013

Trueventures.org, LLC
by True Venture Management, LLC,
Attn: James G Stewart, COO
575 High Street, Ste. 400
Palo Alto, CA 94301

US Small Business Administration
COVID EIDL Servicing Center
14925 Kingsport Rd
Fort Worth, TX 76155-2240

US Small Business Administration***
Office of General Counsel
312 North Spring Street, 5th Floor
Los Angeles, CA 90012

Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address
**Summer Shaw, Esq.**
**44-901 Village Court, Suite B**
**Palm Desert, CA 92260**
**(760) 610-0000 Fax: (760) 687-2800**
California State Bar Number: **283598 CA**
**ss@shaw.law**

FOR COURT USE ONLY

☑ *Attorney for:*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:
**Suay Inc.**
Debtor(s),

Plaintiff(s),

Defendant(s).

CASE NO.:
ADVERSARY NO.:
CHAPTER: **11 (Subchapter V)**

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, **Heather N Pavlu**, the undersigned in the above-captioned case, hereby declare
*(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:
   - [x] I am the president or other officer or an authorized agent of the Debtor corporation
   - [ ] I am a party to an adversary proceeding
   - [ ] I am a party to a contested matter
   - [ ] I am the attorney for the Debtor corporation

2.a. [ ] The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
*[For additional names, attach an addendum to this form.]*

b. [x] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**September 30, 2026**
Date

By: [signature]
Signature of Debtor, or attorney for Debtor

Name: **Heather N Pavlu, CFO**
Printed name of Debtor, or attorney for Debtor