**Fill in this information to identify the case:**

Debtor name **Suay Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:26-bk-19960**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
■ Amended *Schedule* **Official Form 204**
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 14, 2026**

*X* [signature]
Signature of individual signing on behalf of debtor

**Heather N Pavlu**
Printed name

**CFO**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Suay Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:26-bk-19960**

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ **151,547.70** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ **151,547.70** |

**Part 2: Summary of Liabilities**

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* | $ **761,717.01** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* | $ **668,739.96** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | +$ **1,203,166.43** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ **2,633,623.40** |

**Fill in this information to identify the case:**

Debtor name **Suay Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:26-bk-19960**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **East West Bank** | **Checking** | **3466** | **$1,587.70** |
| 3.2. | **JPMorgan Chase Bank** | **Checking** | **5496** | **$0.00** |
| 3.3. | **Wells Fargo Bank (Account was overdrawn by $338.23)** | **Checking** | **6238** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$1,587.70**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| | **Materials Inventory** | | **$0.00** | | **$45,045.00** |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| | **Finished Goods Inventory** | | **$0.00** | | **$15,015.00** |
| 22. | **Other inventory or supplies** | | | | |
| | **Production Supplies & Small Equipment** | | **$0.00** | | **$6,800.00** |

23. **Total of Part 5.** **$66,860.00**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value ______ Valuation method ______ Current Value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

Debtor **Suay Inc.** Case number *(If known)* **2:26-bk-19960**
Name

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Misc Office Furniture and Supplies** | **$0.00** | | **$2,500.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Misc Office Equipment and Computers** | **$0.00** | | **$6,400.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.** **$8,900.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2010 Ford Escape**<br>**172,000 miles** | **$0.00** | **Liquidation** | **$1,200.00** |
| 47.2. | **2021 Subaru Outback**<br>**82,000 miles** | **$0.00** | **Liquidation** | **$16,800.00** |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |

Debtor **Suay Inc.** Case number *(If known)* **2:26-bk-19960**
Name

| | General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | **Sewing machines and other Production equipment** | **$0.00** | | **$48,000.00** |
| | **Used Industrial Equipment** | **$0.00** | | **$8,200.00** |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. **$74,200.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| | **Community Dye Bath Copyright** | **$0.00** | | **$0.00** |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89. **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor **Suay Inc.** Case number *(If known)* **2:26-bk-19960**
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | | Current value of personal property | | Current value of real property |
|---|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | | **$1,587.70** | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | | **$0.00** | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | | **$0.00** | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | **$0.00** | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | | **$66,860.00** | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | **$0.00** | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | **$8,900.00** | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | **$74,200.00** | | |
| 88. | **Real property.** *Copy line 56, Part 9.........................................................................................>* | | | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | **$0.00** | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + | **$0.00** | | |
| 91. | **Total.** Add lines 80 through 90 for each column | | **$151,547.70** | + 91b. | **$0.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | | | **$151,547.70** |

**Fill in this information to identify the case:**

Debtor name **Suay Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:26-bk-19960**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Bridgecrest**
Creditor's Name

**7465 E Hampton Ave**
**Mesa, AZ 85209**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**05/15/2023**
**Last 4 digits of account number**
**9001**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2021 Subaru Outback**
**82,000 miles**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$18,564.39** Column B: **$16,800.00**

**2.2 REDF Impact Investing Fund, a CA Co**
Creditor's Name

**150 Sutter Street, #267**
**San Francisco, CA 94104**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/27/2024**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**All of Debtor's assets subject to UCC-1 & Subordination Agreement with SBA**

**Describe the lien**
**1st UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$600,778.62** Column B: **$133,160.00**

Debtor **Suay Inc.** Case number (if known) **2:26-bk-19960**
Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3 **US Small Business Administration**
Creditor's Name
**COVID EIDL Servicing Center**
**14925 Kingsport Rd**
**Fort Worth, TX 76155-2240**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/25/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All of Debtor's assets subject to UCC-1**

**$142,374.00** **$125,000.00**

**Describe the lien**
**2nd UCC-1 Subordinated SBA EIDL**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$761,717.01**

**Part 2: List Others to Be Notified for a Debt Already Listed in Part 1**

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Attorney General of the US***<br>**US Attorney's Office**<br>**Central District of California**<br>**300 N. Los Angeles St., Suite 7516**<br>**Los Angeles, CA 90012** | Line **2.3** | |
| **Attorney General's Office***<br>**United States Department of Justice**<br>**Ben Franklin Station**<br>**PO Box 683**<br>**Washington, DC 20044** | Line **2.3** | |
| **REDF Impact Investing Fund**<br>**785 Market St**<br>**Suite 1200**<br>**San Francisco, CA 94103** | Line **2.2** | |
| **US Small Business Administration***<br>**Office of General Counsel**<br>**312 North Spring Street, 5th Floor**<br>**Los Angeles, CA 90012** | Line **2.3** | |

**Fill in this information to identify the case:**

Debtor name **Suay Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:26-bk-19960**

☐ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Ada Ruiz Valazquez**<br>**126 Union Pl, Apt 10**<br>**Los Angeles, CA 90026** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Current Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Ariadna Sandoval**<br>**3501 Ramboz Drive**<br>**Los Angeles, CA 90063** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Current Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Suay Inc.** Case number (if known) **2:26-bk-19960**
Name

2.3 Priority creditor's name and mailing address
**California Department of Tax and***
**Fee Administration**
**Special Ops, MIC:55**
**PO Box 942879**
**Sacramento, CA 94279-0055**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$14,400.33** **$14,400.33**

Date or dates debt was incurred
**03/2026 through 6/2026**

Basis for the claim:
**Sale and Use Taxes**

Last 4 digits of account number **9730**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.4 Priority creditor's name and mailing address
**Deandria Martinelli**
**4405 Expostion Boulevard**
**Los Angeles, CA 90016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Current Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.5 Priority creditor's name and mailing address
**Employment Development**
**Department****
**Bankruptcy Group MIC 92E**
**PO Box 826880**
**Sacramento, CA 94280-0001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$23,550.63** **$23,550.63**

Date or dates debt was incurred
**6/2024 to 12/2025**

Basis for the claim:
**Payroll taxes**

Last 4 digits of account number **3174**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.6 Priority creditor's name and mailing address
**Esteban Huesca**
**730 S Eastman Ave**
**Los Angeles, CA 90023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Current Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Suay Inc.** Case number (if known) **2:26-bk-19960**
Name

| | | | | |
|---|---|---|---|---|
| 2.7 | Priority creditor's name and mailing address<br>**Felix Gonzales**<br>**1337 Gabriel Garcia Marquez St #H**<br>**Los Angeles, CA 90033** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Current Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.8 | Priority creditor's name and mailing address<br>**Franchise Tax Board***<br>**Bankruptcy Section, MS: A340**<br>**PO Box 2952**<br>**Sacramento, CA 95812-2952** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Listed out of caution** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.9 | Priority creditor's name and mailing address<br>**Gabriel Gomez**<br>**3755 Maple Ave**<br>**Los Angeles, CA 90011** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Current Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.10 | Priority creditor's name and mailing address<br>**Heather N Pavlu**<br>**4789 Templeton St**<br>**Los Angeles, CA 90032-2148** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Current Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Suay Inc.** Case number (if known) **2:26-bk-19960**
Name

2.11 Priority creditor's name and mailing address
**Internal Revenue Service***
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$608,613.00** **$608,613.00**

Date or dates debt was incurred
**2023 to 2025**

Basis for the claim:
**Payroll Taxes**

Last 4 digits of account number **8759**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.12 Priority creditor's name and mailing address
**Isaac Kinsey**
**115 N Benton Way**
**Los Angeles, CA 90026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Current Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.13 Priority creditor's name and mailing address
**Jakia March**
**5710 W Centinela Ave, Apt 203**
**Los Angeles, CA 90045**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Current Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.14 Priority creditor's name and mailing address
**Javier de Jesus Garcia**
**1302 S Campbell Ave**
**Alhambra, CA 91803-2328**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Current Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.15** Priority creditor's name and mailing address
**Joanne E Lee**
**2333 Skyline Dr**
**Brea, CA 92821**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **Current Employee**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.16** Priority creditor's name and mailing address
**Julian David**
**1540 Industrial st apt 585**
**Los Angeles, CA 90021**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **Current Employee**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.17** Priority creditor's name and mailing address
**Julio Bernal**
**8438 Garden View Ave Apt B**
**South Gate, CA 90280**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **Current Employee**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.18** Priority creditor's name and mailing address
**Lindsay R Medoff**
**1431 McCollum St**
**Los Angeles, CA 90026**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **Current Employee**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Suay Inc.** Case number (if known) **2:26-bk-19960**
Name

2.19 Priority creditor's name and mailing address
**Lorena Vazquez**
**1255 1/4 W Sunset Blvd**
**Los Angeles, CA 90026**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **Current Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.20 Priority creditor's name and mailing address
**Mardoqueo Gonzales**
**3750 Wall St**
**Los Angeles, CA 90011**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **Current Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.21 Priority creditor's name and mailing address
**Maritza Avalos**
**3012 Grand Ave**
**Huntington Park, CA 90255**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **Current Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.22 Priority creditor's name and mailing address
**Marlene L Giacomazzo**
**827 S Carondelet St,, Apt 10**
**Los Angeles, CA 90057-3927**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **Current Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Suay Inc.** Case number (if known) **2:26-bk-19960**
Name

| | | | | |
|---|---|---|---|---|
| 2.23 | Priority creditor's name and mailing address<br>**Maynor Calel Guox**<br>**535 S Normandie Ave #210**<br>**Los Angeles, CA 90020** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Current Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.24 | Priority creditor's name and mailing address<br>**Miguel M Gutierrez**<br>**8460 San Gabriel Ave**<br>**South Gate, CA 90280** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Current Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.25 | Priority creditor's name and mailing address<br>**Patricia Garcia**<br>**2515 Sichel St**<br>**Los Angeles, CA 90031** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Current Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.26 | Priority creditor's name and mailing address<br>**Paulino Garcia**<br>**3501 Ramboz Dr**<br>**Los Angeles, CA 90063** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Current Employee** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Suay Inc.** Case number (if known) **2:26-bk-19960**
Name

2.27 Priority creditor's name and mailing address
**Pedro Miranda**
**1431 E 59th St**
**Los Angeles, CA 90001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Current Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.28 Priority creditor's name and mailing address
**Rebecca Thompson**
**4528 Frederick Ave**
**Glendale, CA 91214**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Current Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.29 Priority creditor's name and mailing address
**Sheny K Gramajo Gonzales**
**722 N Van Ness Ave**
**Los Angeles, CA 90038**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Current Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.30 Priority creditor's name and mailing address
**Silvia Acevedo**
**1214 3/4 E 59th Pl**
**Los Angeles, CA 90001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Current Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Suay Inc.** Case number (if known) **2:26-bk-19960**

**2.31** Priority creditor's name and mailing address
**State Of California**
**Department of Industrial Relations**
**Labor Commissioner's Office**
**320 W 4th St, Ste 450**
**Los Angeles, CA 90013**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**$22,176.00** **$22,176.00**

Date or dates debt was incurred **4/8/2026**

Basis for the claim: **Fine**

Last 4 digits of account number **6126**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset? ■ No ☐ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
**905 Mateo, LLC, a Delaware LLC**
**by Heartland Investments, Inc.,**
**a CA Corp/Attn Lisa Field, CEO**

**As of the petition filing date, the claim is:** *Check all that apply.* **Undetermined**
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** 905 Mateo- Potential Deficiency on Lease for former location

Is the claim subject to offset? ■ No ☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
**Abedian & Totalian dba A&T Advisors**
**C/O Leviton Law Firm, Ltd.**
**One Pierce Place, Ste 725W**
**Itasca, IL 60143**

**As of the petition filing date, the claim is:** *Check all that apply.* **$37,257.79**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Vendor

**Date(s) debt was incurred** _

**Last 4 digits of account number** 5941

Is the claim subject to offset? ■ No ☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
**ADT Commercial LLC dba Everon**
**2705 Media Center Drive**
**Los Angeles, CA 90065**

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
**Allen Bryant**
**C/O Mills Sadat Dowlat, LLP**
**333 South Hope Street, 40th Floor**
**Los Angeles, CA 90071**

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Alleged Labor Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
**American Express National Bank*****
**Attn: Agent for Service of Process**
**115 W. Towne Ridge Parkway**
**Sandy, UT 84070**

**As of the petition filing date, the claim is:** *Check all that apply.* **$22,108.75**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Misc Charges

**Last 4 digits of account number** 5002

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Suay Inc.** Case number (if known) **2:26-bk-19960**

| # | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.6 | **Armando Gonzales**<br>**2459 E 58th Street**<br>**Los Angeles, CA 90058**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Debtor's new Commercial Lease for 2459 E 58th Street, Los Angeles, CA 90058- Listed out of caution**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.7 | **Beach Creative Studios, LLC**<br>**8001 Nadeau St**<br>**Los Angeles, CA 90001**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Debtor's new Commercial Lease for 8001 Nadeau St, Unit #107, Los Angeles, CA 90058**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.8 | **Caine & Weiner**<br>**5805 Sepulveda Blvd**<br>**4th Floor**<br>**Van Nuys, CA 91411**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Collection for Everon LLC**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.9 | **Capital One Bank (USA), N.A.****<br>**Attn: Agent for Service of Process**<br>**1680 Capital One Dr**<br>**Mc Lean, VA 22101**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **0576** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Misc Charges**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,958.60** |
| 3.10 | **Captial One**<br>**PO Box 60519**<br>**City of Industry, CA 91716-0519**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **2675** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Misc Charges**<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,754.00** |
| 3.11 | **Creditors Adjustment Bureau (CAB)**<br>**Assignee of State Compensation Ins**<br>**4340 Fulton Ave, 3rd Floor**<br>**File No 0006154111**<br>**Sherman Oaks, CA 91423**<br>Date(s) debt was incurred **3/2026**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Insurance**<br>Is the claim subject to offset? ■ No ☐ Yes | **$12,864.26** |
| 3.12 | **Dufour Properties LP, a Conn LP**<br>**C/O Patrick J McGrath**<br>**Cicchetti Tansley & McGrath, LLP**<br>**500 Chase Parkway**<br>**Waterbury, CT 06708**<br>Date(s) debt was incurred **5/2024**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Loan**<br>Is the claim subject to offset? ■ No ☐ Yes | **$53,528.05** |

Debtor **Suay Inc.** Case number (if known) **2:26-bk-19960**
Name

3.13 **Nonpriority creditor's name and mailing address**
**EKSD Inc.**
**1960 139th Street**
**Gardena, CA 90249**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$57,634.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.14 **Nonpriority creditor's name and mailing address**
**Everon, LLC**
**Attn: Officer Dir or Managing Agent**
**2705 Media Center Drive**
**Los Angeles, CA 90065**
**Date(s) debt was incurred** 3/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$74,971.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Vendor- equipment was faulty
Is the claim subject to offset? ■ No ☐ Yes

3.15 **Nonpriority creditor's name and mailing address**
**Final Finish**
**10910 Norwalk Blvd**
**Santa Fe Springs, CA 90670**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$17,988.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Critical Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.16 **Nonpriority creditor's name and mailing address**
**Gerber Technology, LLC**
**C/O Commercial Collection Consultan**
**16830 Ventura Blvd, Ste 236**
**Encino, CA 91436**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,194.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.17 **Nonpriority creditor's name and mailing address**
**Heartland Investments, Inc**
**433 N. Camden Drive**
**Suite 820**
**Beverly Hills, CA 90210**
**Date(s) debt was incurred** 09/01/2023
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Commercial Rental 905 Mateo, LLC
Is the claim subject to offset? ■ No ☐ Yes

3.18 **Nonpriority creditor's name and mailing address**
**Heather Pavlu**
**4789 Templeton St**
**Los Angeles, CA 90032**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Listed for notice purposes only
Is the claim subject to offset? ■ No ☐ Yes

3.19 **Nonpriority creditor's name and mailing address**
**James Wallace**
**PO Box 226**
**Littlefield, AZ 86432**
**Date(s) debt was incurred** 3/2023
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$215,520.96**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Loan
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Suay Inc.** Case number (if known) **2:26-bk-19960**

**3.20** Nonpriority creditor's name and mailing address
**Koshtex, Inc.**
**526 Crocker St**
**Los Angeles, CA 90013**
Date(s) debt was incurred **8/2025 to 4/2026**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$11,024.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Vendor**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address
**LA Compost Soil People**
**4700 Griffin Ave**
**Los Angeles, CA 90031**
Date(s) debt was incurred **10/24/24**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$40,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Loan**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address
**Liggett Melzer & Joshi CPAs PC**
**307 7th Ave, Ste. 1407**
**New York, NY 10001**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$2,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Accounting services**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address
**Lindsay Meddoff**
**2654 Carleton Ave**
**Los Angeles, CA 90065**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$3,182.21**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Reimbursements and insider**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address
**Los Angeles Department of Water & Power**
**PO Box 30808**
**Los Angeles, CA 90030-0808**
Date(s) debt was incurred _
Last 4 digits of account number **1125**

As of the petition filing date, the claim is: *Check all that apply.* **$2,472.76**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Utilities bill**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address
**McKinley Equipment Corporation**
**C/O Morgan Cohen & Bach LLC**
**7225 N Mona Lisa Rd, Ste 200**
**File: 2025-MKEC-0887**
**Tucson, AZ 85741**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$478.30**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Vendor**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address
**Nasa Services, Inc.**
**PO Box 1799**
**Montebello, CA 90640**
Date(s) debt was incurred **2026**
Last 4 digits of account number **0689**

As of the petition filing date, the claim is: *Check all that apply.* **$3,210.77**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Vendor**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Suay Inc.** Case number (if known) **2:26-bk-19960**

**3.27** Nonpriority creditor's name and mailing address
**Olivia Hauser**
**3823 Boyce Ave**
**Los Angeles, CA 90039**
Date(s) debt was incurred **2/2023 to 12/2023**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$325,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Loan**
Is the claim subject to offset? ■ No ☐ Yes

**3.28** Nonpriority creditor's name and mailing address
**Renegade Running**
**Attn: Victor Diaz**
**aka 3100 West Sunset Blvd, LLC**
**3100 West Sunset Blvd**
**Los Angeles, CA 90026**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Debtor's new Commercial Lease for 3124 Sunset Blv, Los Angeles, CA 90026-Listed out of caution only**
Is the claim subject to offset? ■ No ☐ Yes

**3.29** Nonpriority creditor's name and mailing address
**Roshan Family, LP**
**C/O Figure 8 Realty, Nick Fichera**
**4757 Melrose Ave**
**Los Angeles, CA 90029**
Date(s) debt was incurred **12/18/2023**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Undetermined**
■ Contingent
■ Unliquidated
☐ Disputed
Basis for the claim: **812 Mateo Street- Potential Deficiency on former location**
Is the claim subject to offset? ■ No ☐ Yes

**3.30** Nonpriority creditor's name and mailing address
**Shopify, Inc.**
**100 Shockoe Slip**
**2nd Floor**
**Richmond, VA 23219**
Date(s) debt was incurred **6/6/2025**
Last 4 digits of account number **5431**

As of the petition filing date, the claim is: *Check all that apply.* **$31,623.64**
☐ Contingent
☐ Unliquidated
■ Disputed
Basis for the claim: **Capital Loan**
Is the claim subject to offset? ■ No ☐ Yes

**3.31** Nonpriority creditor's name and mailing address
**Shopify, Inc.**
**100 Shockoe Slip**
**2nd Floor**
**Richmond, VA 23219**
Date(s) debt was incurred **10/2025 to 4/2026**
Last 4 digits of account number **5431**

As of the petition filing date, the claim is: *Check all that apply.* **$67,132.39**
☐ Contingent
☐ Unliquidated
■ Disputed
Basis for the claim: **Credit**
Is the claim subject to offset? ■ No ☐ Yes

**3.32** Nonpriority creditor's name and mailing address
**Square Financial Services, Inc.****
**aka Block, Inc.**
**3165 E Millrock Drive**
**Attn: Agent for Service of Process**
**Salt Lake City, UT 84121**
Date(s) debt was incurred **12/17/2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$13,761.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Loan**
Is the claim subject to offset? ■ No ☐ Yes

**3.33** Nonpriority creditor's name and mailing address
**Trueventures.org, LLC**
**by True Venture Management, LLC,**
**Attn: James G Stewart, COO**
**575 High Street, Ste. 400**
**Palo Alto, CA 94301**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$200,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Loan**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Suay Inc.** Case number (if known) **2:26-bk-19960**
Name

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **American Express National Bank***<br>Attn: Officer, Director or<br>Managing Agent<br>115 W. Towne Ridge Parkway<br>Sandy, UT 84070** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Captial One<br>PO Box 60519<br>City of Industry, CA 91716-0519** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Everon<br>C/O Pucin and Friedland<br>935 National Parkway, Ste 40<br>Schaumburg, IL 60173** | Line **3.14**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Everon, LLC<br>C/O Caine & Weiner<br>5805 Sepulveda Blvd, 4th Floor<br>Ref#40211161<br>Sherman Oaks, CA 91411** | Line **3.14**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Everon, LLC<br>C/O The Hettena Law Firm<br>31348 Via Colinas #106<br>Ref#14010884<br>Thousand Oaks, CA 91362** | Line **3.14**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Linda Medoff<br>11046 West 97th Circle<br>Overland Park, KS 66214** | Line **3.23**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Nasa Services, Inc.<br>PO Box 1755<br>Montebello, CA 90640** | Line **3.26**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Roshan Family, LP<br>812 Mateo Street<br>Los Angeles, CA 90021** | Line **3.29**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Shopify, Inc.<br>151 O'Connor St.<br>Ground Floor<br>Ottawa, ON K2) 2LB<br>CANADA** | Line **3.30**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Shopify, Inc.<br>151 O'Connor St.<br>Ground Floor<br>Ottawa, ON K2) 2LB<br>CANADA** | Line **3.31**<br>☐ Not listed. Explain ____ | _ |

Debtor **Suay Inc.** Case number (if known) **2:26-bk-19960**
Name

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ 668,739.96 |
| **5b. Total claims from Part 2** | 5b. | + | $ 1,203,166.43 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 1,871,906.39 |

**Fill in this information to identify the case:**

Debtor name **Suay Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:26-bk-19960**

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Former Commercial Location** | **905 Mateo, LLC, a Delaware LLC by Heartland Investments, Inc., a CA Corp/Attn Lisa Field, CEO** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for 2459 E 58th Street, Los Angeles, CA 90058** | **Armando Gonzales<br>2459 E 58th Street<br>Los Angeles, CA 90058** |
| | State the term remaining | **Month-to-month** | |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for 8001 Nadeau St., Unit #107, Los Angeles, CA** | **Beach Creative Studios, LLC<br>2746 Vail Ave.<br>Commerce, CA 90040** |
| | State the term remaining | **10 months** | |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease for 3124 Sunset Blvd, Los Angeles, CA 90026** | **Renegade Running<br>Attn: Victor Diaz<br>aka 3100 West Sunset Blvd, LLC<br>3100 West Sunset Blvd<br>Los Angeles, CA 90026** |
| | State the term remaining | **5 months** | |
| | List the contract number of any government contract | | |

Debtor 1 **Suay Inc.** Case number (*if known*) **2:26-bk-19960**
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest | **Former Commercial Location** | |
| State the term remaining | | **Roshan Family, LP**<br>**C/O Figure 8 Realty, Nick Fichera**<br>**4757 Melrose Ave**<br>**Los Angeles, CA 90029** |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **Suay Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:26-bk-19960**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Heather Pavlu** | **4789 Templeton St**<br>**Los Angeles, CA 90032** | **American Express National Bank*** | ☐ D<br>■ E/F **3.5**<br>☐ G |
| 2.2 | **Heather Pavlu** | **4789 Templeton St**<br>**Los Angeles, CA 90032** | **Capital One Bank (USA), N.A.** | ☐ D<br>■ E/F **3.9**<br>☐ G |
| 2.3 | **Heather Pavlu** | **4789 Templeton St**<br>**Los Angeles, CA 90032** | **Captial One** | ☐ D<br>■ E/F **3.10**<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **Suay Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:26-bk-19960**

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2026** to **Filing Date** | ■ Operating a business ☐ Other | **$1,330,291.00** |
| **For prior year:** From **1/01/2025** to **12/31/2025** | ■ Operating a business ☐ Other | **$2,536,227.00** |
| **For year before that:** From **1/01/2024** to **12/31/2024** | ■ Operating a business ☐ Other | **$2,986,697.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Shopify, Inc.**<br>**100 Shockoe Slip**<br>**2nd Floor**<br>**Richmond, VA 23219** | **6/30/2026 to 9/30/2026** | **$33,542.77** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **"Shopify Capital Loan"** |
| 3.2. **Shopify, Inc.**<br>**100 Shockoe Slip**<br>**2nd Floor**<br>**Richmond, VA 23219** | **6/30/2026 to 9/30/2026** | **$32,956.62** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Shopify Credit** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Garment Workers Center** | **$3,000 collected from a sale with a portion of the proceeds going to this non-profit** | **7/31/25** | **$3,000.00** |

**Recipients relationship to debtor**
**None**

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **SHAW & HANOVER, PC<br>44-901 Village Court, Suite B<br>Palm Desert, CA 92260** | **Debtor deposited a pre-petition retainer of $30,000 with Debtor's counsel. Pre-petition attorney fees of $13,296.00 and filing fee cost of $1,738 were deducted from the pre-petition retainer and the unused portion remains in Debtor's counsel's trust account.** | **7/2026 to 9/2026** | **$15,034.00** |

**Email or website address**
**ss@shaw.law**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **905 Mateo Street Los Angeles, CA 90021** | **9/2023 to 6/2026** |
| 14.2. | **812 Mateo Street Los Angeles, CA 90021** | **6/2024 to 5/2026** |

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Extra Space Storage**<br>**1920 Randolph St**<br>**Los Angeles, CA 90001** | **Fransisco Munoz and Heather Pavlu** | **Fabric inventory** | ☐ No<br>■ Yes |

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Liggett Melzer & Joshi CPAs PC**<br>**307 7th Ave, Ste. 1407**<br>**New York, NY 10001** | **6/2025 to 6/2026** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Liggett Melzer & Joshi CPAs PC**<br>**307 7th Ave, Ste. 1407**<br>**New York, NY 10001** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lindsay Meddoff** | **2654 Carleton Ave<br>Los Angeles, CA 90065** | **CEO/Owner** | **67%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Heather Pavlu** | **4789 Templeton<br>Los Angeles, CA 90039** | **CFO/Owner** | **33%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Heather Pavlu<br>4789 Templeton St<br>Los Angeles, CA 90032** | **$66,404.98** | **9/30/2025 to 9/30/2026** | **Gross wages for full-time employment with the Debtor** |
| | Relationship to debtor<br>**Owner/Officer** | | | |
| 30.2. | **Lindsay Meddoff<br>2654 Carleton Ave<br>Los Angeles, CA 90065** | **$78,655.24** | **9/30/2025 to 9/30/2026** | **Gross wages for full-time employment with the Debtor** |
| | Relationship to debtor<br>**Owner/Officer** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 14, 2026**

Signature of individual signing on behalf of the debtor

**Heather N Pavlu**
Printed name

Position or relationship to debtor **CFO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Suay Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | **2:26-bk-19960** |

■ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Abedian & Totalian dba A&T Advisors C/O Leviton Law Firm, Ltd. One Pierce Place, Ste 725W Itasca, IL 60143** | | **Vendor** | | | | **$37,257.79** |
| **American Express National Bank*** Attn: Agent for Service of Process 115 W. Towne Ridge Parkway Sandy, UT 84070** | | **Misc Charges** | | | | **$22,108.75** |
| **California Department of Tax and* Fee Administration Special Ops, MIC:55 PO Box 942879 Sacramento, CA 94279-0055** | | **Sale and Use Taxes** | | | | **$14,400.33** |
| **Creditors Adjustment Bureau (CAB) Assignee of State Compensation Ins 4340 Fulton Ave, 3rd Floor File No 0006154111 Sherman Oaks, CA 91423** | | **Insurance** | | | | **$12,864.26** |

Debtor **Suay Inc.**
Name

Case number *(if known)* **2:26-bk-19960**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Dufour Properties LP, a Conn LP C/O Patrick J McGrath Cicchetti Tansley & McGrath, LLP 500 Chase Parkway Waterbury, CT 06708** | | **Loan** | | | | **$53,528.05** |
| **EKSD Inc. 1960 139th Street Gardena, CA 90249** | | **Vendor** | | | | **$57,634.75** |
| **Employment Development Department** Bankruptcy Group MIC 92E PO Box 826880 Sacramento, CA 94280-0001** | | **Payroll taxes** | | | | **$23,550.63** |
| **Everon, LLC Attn: Officer Dir or Managing Agent 2705 Media Center Drive Los Angeles, CA 90065** | | **Vendor- equipment was faulty** | **Disputed** | | | **$74,971.00** |
| **Final Finish 10910 Norwalk Blvd Santa Fe Springs, CA 90670** | | **Critical Vendor** | | | | **$17,988.75** |
| **Internal Revenue Service* Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101-7346** | | **Payroll Taxes** | | | | **$608,613.00** |
| **James Wallace PO Box 226 Littlefield, AZ 86432** | | **Loan** | | | | **$215,520.96** |
| **LA Compost Soil People 4700 Griffin Ave Los Angeles, CA 90031** | | **Loan** | | | | **$40,000.00** |
| **Olivia Hauser 3823 Boyce Ave Los Angeles, CA 90039** | | **Loan** | | | | **$325,000.00** |

Debtor **Suay Inc.**
Name

Case number *(if known)* **2:26-bk-19960**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **REDF Impact Investing Fund, a CA Co 150 Sutter Street, #267 San Francisco, CA 94104** | | **All of Debtor's assets subject to UCC-1 & Subordination Agreement with SBA** | | **$600,778.62** | **$133,160.00** | **$467,618.62** |
| **Shopify, Inc. 100 Shockoe Slip 2nd Floor Richmond, VA 23219** | | **Credit** | **Disputed** | | | **$67,132.39** |
| **Shopify, Inc. 100 Shockoe Slip 2nd Floor Richmond, VA 23219** | | **Capital Loan** | **Disputed** | | | **$31,623.64** |
| **Square Financial Services, Inc.** aka Block, Inc. 3165 E Millrock Drive Attn: Agent for Service of Process Salt Lake City, UT 84121** | | **Loan** | | | | **$13,761.00** |
| **State Of California Department of Industrial Relations Labor Commissioner's Office 320 W 4th St, Ste 450 Los Angeles, CA 90013** | | **Fine** | **Disputed** | | | **$22,176.00** |
| **Trueventures.org, LLC by True Venture Management, LLC, Attn: James G Stewart, COO 575 High Street, Ste. 400 Palo Alto, CA 94301** | | **Loan** | | | | **$200,000.00** |
| **US Small Business Administration COVID EIDL Servicing Center 14925 Kingsport Rd Fort Worth, TX 76155-2240** | | **All of Debtor's assets subject to UCC-1** | | **$142,374.00** | **$125,000.00** | **$142,374.00** |

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Central District of California

In re **Suay Inc.** Debtor(s)

Case No. **2:26-bk-19960**
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **13,296.00** |
| Prior to the filing of this statement I have received | $ | **13,296.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

■ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

■ Debtor ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [List other services that counsel has agreed to provide]
**The amount listed above covers all pre-petition legal work done for Debtor. Any post-petition legal fees will be charged and paid pursuant to Debtor's Application to Employ attorney, as general counsel for the Debtor, which will be filed with the Court seeking compensation pursuant to the parties' pre-petition retainer agreement rates.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**The amount listed above covers all pre-petition legal work done for Debtor. Any post-petition legal fees will be charged and paid pursuant to Debtor's Application to Employ attorney, as general counsel for the Debtor, which will be filed with the Court seeking compensation pursuant to the parties' pre-petition retainer agreement rates.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 14, 2026**
*Date*

**Summer Shaw, Esq.**
*Signature of Attorney*
**SHAW & HANOVER, PC**
**44-901 Village Court, Suite B**
**Palm Desert, CA 92260**
**(760) 610-0000 Fax: (760) 687-2800**
**ss@shaw.law**
*Name of law firm*